People of the State of Illinois, Defendant in Error, v. P. Barber and J. W. Barber, Plaintiffs in Error.

Gen. No. 11,046.

Second District, Second Division.

August 26, 1957.

Released for publication September 13, 1957.

Branson Wright, for plaintiffs in error; Samuel G. Harrod, State's Attorney, for defendants in error. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.